198 So. 873

**STATE v. T. J. WILLIAMS.**

**6 Div. 779.**

Supreme Court of Alabama.

Nov. 22, 1940.

R. G. Redden, of Vernon, for petitioner.

Thos. S. Lawson, Atty. Gen., and J. Edw. Thornton, Asst. Atty. Gen., for respondent.

THOMAS, Justice.

Petition of T. J. Williams for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of State v. Williams, 29 Ala.App. 685, 198 So. 880.

Writ denied on authority of State v. V. C. May, ante, p. 235, 198 So. 624.

All the Justices concur.

198 So. 873

**STATE ex rel. T. S. LAWSON, Atty. Gen., v. Harry E. SMITH, as Sheriff of Jefferson County.**

**6 Div. 759.**

Supreme Court of Alabama.

Nov. 18, 1940.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

Horace C. Wilkinson and E. Crampton Harris, both of Birmingham, for defendant.

PER CURIAM.

Defendant's resignation as sheriff having been tendered and accepted, and being irrevocable, these proceedings are abated and the cause dismissed.

196 So. 898

**Vona STEPHENS (alias Mrs. Joseph Cleveland Stephens) v. Joseph. Cleveland STEPHENS.**

**7 Div. 613.**

Supreme Court of Alabama.

May 23, 1940.

John Ike Griffith, of Birmingham, for appellant.

Embry & Weaver, of Pell City, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution.

196 So. 898

**Ex parte Von L. THOMPSON, an Attorney.**

**6 Div. 600.**

Supreme Court of Alabama.

June 6, 1940.

Rehearing Denied June 27, 1940.

Von L. Thompson, pro se.

Jas. W. Aird, of Birmingham, for respondent.

PER CURIAM.

The Court is of the opinion, after a careful consideration of the record and the evidence submitted on petitioner's application to be reinstated as an attorney at law, authorizing him to again practice law in the state of Alabama, that the finding and judgment of the Board of Commissioners of the Alabama State Bar, denying petitioner's said application, should be affirmed. It is so ordered.

All the Justices concur.